IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.            Civil No. 02-6093
              Criminal No. 6:98CR60020-001

QUADIR HAKEEM                                               DEFENDANT

**ORDER**

NOW on this 22nd day of December, 2005, comes on for consideration plaintiff's motion for preservation of right to file a successive 28 U.S.C. § 2255 petition (Doc. 99) and the Government's response (Doc. 100). The Court, being well and sufficiently advised, finds plaintiff's motion is DENIED as any second or successive motion filed pursuant to 28 U.S.C. § 2255 must be certified by the 8th Circuit Court of Appeals pursuant to 28 U.S.C. § 2244. The Court finds no basis for staying the one year period of limitation in which to file such motion.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge